# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x
KIRSY CASTILLO,

*Plaintiff,*

- against -

COSTCO WHOLESALE CORPORATION,

*Defendant.*

------------------------------------------------------------------x

Index:

Date Filed:

Plaintiffs designate
New York County as
Place of trial

***SUMMONS***

The Basis of Venue:
Situs of Accident
517 E 117th Street
New York, NY 10035

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after service is complete if this summons is not personally delivered to you within the State of New York), and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
December 18, 2023

Yours, etc.

_______________________________
OMRANI & TAUB, P.C.
By: Joseph D. Levy, Esq.
*Attorneys for the Plaintiff*
488 Madison Avenue, 20th Floor
New York, New York 10022
Tel No.: (212) 599-5550
Fax No.: (212) 599-5551

**Defendants' Addresses:**
C T Corporation System
28 Liberty Street
New York, NY 10005
***(Service via Secretary of State)***

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------------x
KIRSY CASTILLO,

Plaintiff,

Index No.:

- against -

**VERIFIED COMPLAINT**

COSTCO WHOLESALE CORPORATION,

Defendant.
----------------------------------------------------------------------x

Plaintiff, KIRSY CASTILLO by and through her attorneys, OMRANI & TAUB, P.C., complaining of the defendant herein, respectfully allege, upon information and belief as follows:

1. That at all times herein mentioned, plaintiff KIRSY CASTILLO was a resident of the County of New York, State of New York.

2. That at all times relevant herein, the defendant, COSTCO WHOLESALE CORPORATION, was engaged in business and still conducts business at 517 E 117th Street, New York, NY 10035, in the County of New York and the State of New York.

3. That at all times relevant herein, the defendant, COSTCO WHOLESALE CORPORATION, was and still is a domestic corporation duly organized and registered in New York State under the laws of the State of New York.

4. That at all times relevant herein, the defendant, COSTCO WHOLESALE CORPORATION, was and still is a duly organized corporation which conducts business and earns substantial revenue within the State of New York.

5. That at all times relevant herein, the defendants, COSTCO WHOLESALE CORPORATION, was and still is a foreign corporation authorized to do business in the State of New York.

6. That on or about December 11, 2023 and at all times relevant herein, the defendant, COSTCO WHOLESALE CORPORATION, was the owner of, or had exclusive custody and control over a certain real property, or portions thereof, including the building structures and appurtenances thereupon, located on, at or about the premises commonly known and identified as 517 E 117th Street, New York, NY 10035.

7. That on or about December 11, 2023 and at all times relevant herein, the defendant, COSTCO WHOLESALE CORPORATION, its agents, servants, and/or employees, operated a retail store business at or upon the aforesaid Premises.

8. That on or about December 11, 2023 and at all times relevant herein, the defendant, COSTCO WHOLESALE CORPORATION, its agents, servants, and/or employees, occupied the aforesaid Premises.

9. That on or about December 11, 2023 and at all times relevant herein, the defendant, COSTCO WHOLESALE CORPORATION, its agents, servants, and/or employees, maintained the aforesaid Premises.

10. That on or about December 11, 2023 and at all times relevant herein, the defendant, COSTCO WHOLESALE CORPORATION, its agents, servants, and/or employees, managed and controlled the aforesaid Premises.

11. That on or about December 11, 2023 and at all times relevant herein, the defendant, COSTCO WHOLESALE CORPORATION, its agents, servants, and/or employees, made special use of the aforesaid Premises.

12. That on or about December 11, 2023 and at all times relevant herein, the defendant, COSTCO WHOLESALE CORPORATION, its agents, servants, and/or employees, supervised the aforesaid Premises.

13. That on or about December 11, 2023 and at all times relevant herein, it was the duty of the defendant, COSTCO WHOLESALE CORPORATION, its agents, servants, and/or employees, to maintain the aforesaid Premises in a reasonably safe and suitable condition and repair for use by those lawfully thereat.

14. That on or about December 11, 2023 and for a period of time prior to said date, there existed a hazardous, defective and/or trap-like conditions upon, at or about the aforesaid Premises.

15. That on or about December 11, 2023 the plaintiff, KIRSY CASTILLO, was caused to fall and to be injured while lawfully present at or upon the aforesaid Premises, as a result of coming into contact with a dangerous, defective, hazardous and/or trap-like condition existing thereat.

16. That by reason thereof, the plaintiff, KIRSY CASTILLO, was caused to be seriously injured, and to sustain painful, permanent and disabling personal injuries, requiring medical care and treatment.

17. That the foregoing occurrence and the resulting damages to the plaintiff, KIRSY CASTILLO, were caused solely by and through the carelessness, recklessness, negligence and/or wanton and willful disregard on the part of the defendant herein, its agents, servants and/or employees, and without any negligence on the part of the plaintiff contributing thereto.

18. That by reason thereof, the plaintiff, KIRSY CASTILLO, has been damaged in a substantial sum of money in an amount to be determined by the court and/or a jury, in excess of the jurisdictional limits of all lower courts which might

otherwise have jurisdiction over the action.

***W H E R E F O R E***, the plaintiff demands judgment against the defendant, together with costs and disbursements of this action, and interest thereupon, for an amount to be determined by the court and/or a jury.

Dated: New York, New York
December 18, 2023

OMRANI & TAUB, P.C.
By: Joseph D. Levy, Esq.
*Attorneys for the Plaintiff*
488 Madison Avenue, 20th Floor
New York, New York 10022
Tel No.: (212) 599-5550
Fax No.: (212) 599-5551

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Joseph D. Levy, ESQ., being duly sworn, affirms and says that:

He is an attorney duly admitted to practice law in the State of New York and is a member of the firm of OMRANI & TAUB, P.C. in the within action; that he has read the foregoing **SUMMONS AND COMPLAINT** and knows the contents thereof, that the same is true to the best of his own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters he believes them to be true.

The reason this verification is not made by the plaintiffs is that plaintiffs reside and are located outside the county wherein he maintains his office.

The source of deponents information and the grounds for his belief, as to those matters stated upon information and belief, are statements furnished to deponent by plaintiff, personal investigation of this matter and from records in deponents file.

I affirm the foregoing statements to be true under the penalties of perjury.

Dated: New York, New York
December 18, 2023

Joseph D. Levy

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

KIRSY CASTILLO

Plaintiff(s),

-against-

COSTCO WHOLESALE CORPORATION

Defendant(s).

## SUMMONS AND VERIFIED COMPLAINT

**OMRANI & TAUB, P.C.**
*Attorneys for:* **PLAINTIFF**
488 MADISON AVENUE – 20TH FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 599-5550

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.*

*Dated: December 18, 2023* New York, New York

*Signature* ..........................................
*Printed Name:* JOSEPH D. LEVY, ESQ..

PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY — *that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on 20__*

☐ NOTICE OF SETTLEMENT — *that an Order of which the within is a true copy will be presented for settlement to the Hon. at on 200__ , at M.*

**OMRANI & TAUB, P.C.**
*Attorneys for:* **PLAINTIFF**
488 MADISON AVENUE -20TH FLOOR
NEW YORK, NEW YORK 10022