

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700  F 212.542.3790

**Samuel P. Quatromoni**
Of Counsel
Direct: 212.307.3705
SQuatromoni@connellfoley.com

October 13, 2025

**VIA ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

    **Re:** **Joint Letter Motion for Extensions**
          **Kirsy Castillo v. Costco Wholesale Corporation**
          **Case No. 1:24-cv-09042-CM**

Dear Judge McMahon:

    This office represents defendant, Costco Wholesale Corporation, in the above-referenced matter. Along with plaintiff's counsel, Joseph Levy of Omrani & Taub, P.C., we write to request extensions of the outstanding discovery deadlines as set forth below.

    The parties request the extensions as substantial needed discovery remains outstanding. The parties make the request on good cause. As previously advised, discovery is proceeding and the parties continue to work together to advance the case. Since the prior request, discovery has still been delayed due to availability of witnesses and attorneys, trial schedules, and religious holidays. Costco's deposition has continued to been delayed due to my schedule and the witness's availability following his recent move to a new Costco location on Long Island. We are currently working to schedule his deposition for within the next thirty (30) days.

    Additionally, plaintiff has appeared for both of her designated medical examinations, with orthopedic surgeon, Dr. Eial Faierman and with neurologist, Dr. Rene Elkin. However we have had, and continue to have, difficulty obtaining necessary medical records and radiological films from plaintiff's treating providers, including from the hospital where she initially treated after the alleged incident. These radiology records are necessary for expert discovery.

Hon. Colleen McMahon
September 9, 2025
Page 2

I. **The original deadline that the party wishes to adjourn or extend.**

| *Deadline* | *Current Deadline* | *Proposed Extended Deadline* |
|---|---|---|
| Depositions | October 1, 2025 | November 21, 2025 |
| *Costco's Deposition* | October 1, 2025 | November 21, 2025 |
| Plaintiff's Expert Disclosure | October 1, 2025 | November 21, 2025 |
| Defendant's Expert Disclosure | November 7, 2025 | December 12, 2025 |
| All Discovery, including Expert Discovery | December 12, 2025 | January 16, 2026 |
| Pretrial Order | January 16, 2026 | February 16, 2026 |

II. **The number of previous requests for adjournment or extension.**

This is the parties' third fourth request for an adjournment or extensions of time.

III. **Whether these previous requests were granted or denied.**

Your Honor granted the parties' first three requests.

IV. **Whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent.**

Yes, all parties consent to the requested extensions.

V. **Whether the requested adjournment or extension affects any other scheduled dates.**

Yes. A proposed Revised Scheduling Order is attached.

Respectfully submitted,

*/s/ Samuel P. Quatromoni*

Samuel P. Quatromoni

Hon. Colleen McMahon
September 9, 2025
Page 3

CC VIA ECF:

Joseph D. Levy, Esq.
Omrani & Taub, P.C.
488 Madison Avenue – 20th Floor
New York, New York 10022