LAW OFFICES OF

# OMRANI & TAUB, P.C.

**PARTNERS**
*MICHAEL A. TAUB, ESQ.*
*ALEX A. OMRANI, ESQ.*
*ISAAC ARASTEH, ESQ.*

*ASSOCIATE ATTORNEYS*
*JAMES L. FORDE, ESQ.*
*AVI DAVIDOV, ESQ.*
*DEAN PAVLOS, ESQ.*
*JOSEPH LEVY, ESQ.*
*MOHAMMED AYOUB, ESQ.*
*ANGELA WILLIAMS, ESQ.*
*MARIA P. WHITE, ESQ.*

488 MADISON AVENUE – 20ᵗʰ FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 714-1515
FAX: (212) 599-5551

(212) "LAW-SUIT"

WWW.OmraniTaub.com
WWW.212LawSuit.com

**QUEENS OFFICES:**
80-01 Broadway
Elmhurst, NY 11373
(718) 714-1515

75-26 Broadway
Elmhurst, NY 11373
(718) 714-1515

**WESTCHESTER OFFICE:**
76 S. Lexington Ave.
White Plains, NY 10606
(914) 714-1515

January 6, 2026

**VIA ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

Re:    **Joint Letter Motion for Extensions**
       **Kirsy Castillo v. Costco Wholesale Corporation**
       **Case No. 1:24-cv-09042-CM**

Dear Judge McMahon:

This office represents Plaintiff in the above-referenced matter. Along with Defendant's counsel, we write to request extensions of the outstanding discovery deadlines as set forth below.

The parties request the extensions as discovery remains outstanding. The parties make the request on good cause. As previously advised, discovery is proceeding and the parties continue to work together to advance the case. Since the prior request, a substantial amount of discovery has been completed including the deposition of the plaintiff as well as a deposition of the store manager who appeared on behalf of Defendant. After the deposition of Defendant, Plaintiff served a demand for post-deposition production including a demand for a deposition of the former Costco employee who was physically present in the area of the accident and engaged with Plaintiff afterwards. Plaintiff requests time to seek the non-party deposition.

Moreover, it was learned at the Defendant's deposition that Costco may not be responsible for the vestibule area where the accident occurred but rather the owners of the entire shopping structure. Based on that testimony, our office filed a separate lawsuit in State Court on December 11, 2025 (Index No. 166016/25; New York County) against the owners of the premises and we have granted extensions to those Defendants for their time to answer the complaint. As there are now parallel actions in State and Federal Court regarding the same occurrence, Plaintiff requests a conference with Your Honor to address potential remand of the matter.

17388060-2

Additionally, Defendant continues to have difficulty obtaining necessary medical records and radiological films from plaintiff's treating providers, including the hospital where she initially treated after the alleged incident.  These records are necessary for fact and expert discovery.

In the interim, we request an extension of the discovery deadlines so that the additional deposition along with expert discovery be completed as follows:

**I.**      **The original deadline that the party wishes to adjourn or extend.**

| *Deadline* | *Current Deadline* | *Proposed Extended Deadline* |
|---|---|---|
| Plaintiff's Expert Disclosure | November 21, 2025 | February 23, 2026 |
| Defendant's Expert Disclosure | December 12, 2025 | March 25, 2026 |
| All Discovery, including Expert Discovery | January 16, 2026 | April 30, 2026 |
| Pretrial Order | February 16, 2026 | May 29, 2026 |

**II.**     **The number of previous requests for adjournment or extension.**

This is the parties' fourth request for an adjournment or extensions of time.

**III.**    **Whether these previous requests were granted or denied.**

Your Honor granted the parties' first four requests.

**IV.**     **Whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent.**

Yes, all parties consent to the requested extensions.

**V.**      **Whether the requested adjournment or extension affects any other scheduled dates.**

Yes.  A proposed Revised Scheduling Order is attached.

Respectfully submitted,

*Joseph Levy*

Joseph D. Levy

17388060-2

CC VIA ECF:

Samuel Quatramoni
Connell Foley, LLP
875 3rd Avenue
New York, NY 10022

17388060-2