LAW OFFICES OF

# OMRANI & TAUB, P.C.

**PARTNERS**
*MICHAEL A. TAUB, ESQ.*
*ALEX A. OMRANI, ESQ.*
*ISAAC ARASTEH, ESQ.*

*ASSOCIATE ATTORNEYS*
*JAMES L. FORDE, ESQ.*
*AVI DAVIDOV, ESQ.*
*DEAN PAVLOS, ESQ.*
*JOSEPH LEVY, ESQ.*
*MOHAMMED AYOUB, ESQ.*
*ANGELA WILLIAMS, ESQ.*
*MARIA P. WHITE, ESQ.*

488 MADISON AVENUE – 20ᵗʰ FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 714-1515
FAX: (212) 599-5551

**(212) "LAW-SUIT"**

WWW.OMRANITAUB.COM
WWW.212LAWSUIT.COM

**QUEENS OFFICES:**
80-01 Broadway
Elmhurst, NY 11373
(718) 714-1515

75-26 Broadway
Elmhurst, NY 11373
(718) 714-1515

**WESTCHESTER OFFICE:**
76 S. Lexington Ave.
White Plains, NY 10606
(914) 714-1515

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2026

January 7, 2026

*Conference rescheduled to 1/29/2026 at 11:00 AM.*

**VIA ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

    Re:    **Request for Adjournment of Conference**
           **Kirsy Castillo v. Costco Wholesale Corporation**
           **Case No. 1:24-cv-09042-CM**

Dear Judge McMahon;

*Colleen McMahon*
*1/7/2026*

    I am writing to respectfully request an adjournment of the conference scheduled for 1/22/26 as I will be out of the country that full week. I request that the conference be moved to anytime after that week.

    This request is being made with the consent of defense counsel.

    I thank the Court for your courtesy in this matter.

                              Respectfully submitted,

                              *Joseph Levy*
                              Joseph D. Levy

CC VIA ECF:
Samuel Quatramoni
Connell Foley, LLP
875 3ʳᵈ Avenue
New York, NY 10022